| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Jason Elliot, Esq.<br>Perkins Coie LLP<br>500 N Akard St Suite 3300<br>Dallas, TX 75201<br>Telephone No: 214-965-7707<br><br>Attorney For: Plaintiff    Ref. No. or File No.: 070329-0886 | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Northern District of Texas | |
| Plaintiff: Caliber Home Loans Inc.<br>Defendant: Union Home Mortgage Corp | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-02377-K |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Plaintiff Caliver Home Loans, Inc.'s Certificate of Interested Persons; Civil Cover Sheet; Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge

3. a. Party served:     Union Home Mortgage Corp
   b. Person served:   Terri Tremblay, Intake Specialist, Corporation Service Company, Registered Agent, Caucasian, Female, Age: 55, Hair: Brown, Height: 5'3", Weight: 160, Description: Glasses, served under F.R.C.P. Rule 4.

4. Address where the party was served:   211 E 7th St Suite 620, Austin, TX 78701

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Oct 24 2022 (2) at: 03:25 PM

6.    *Person Who Served Papers:*
   a. Dane Ray Cuppett
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10/25/2022
(Date)

(Signature)



PROOF OF SERVICE

7849174
(358488)