IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CALIBER HOME LOANS, INC., | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:22-CV-02377 |
| v. | : | |
| UNION HOME MORTGAGE CORP., | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

## JOINT DESIGNATION OF MEDIATOR

Pursuant to this Court's Scheduling Order (Doc. 18), the Parties agree to mediate this dispute with Jeff Abrams, Esq. of Abrams Mediation and Arbitration.

DATE: March 13, 2023

                                                  Respectfully submitted,

                                                  */s/ Andrew M. DeLucia (with permission)*
Jason R. Elliott
Texas Bar No. 24050558
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201-3347
JElliott@perkinscoie.com
docketdal@perkinscoie.com
Tel: (214) 965-7723

Andrew M. DeLucia
Pa. Bar No. 91203
Benjamin S. Levine
Pa. Bar No. 319495
Peter M. Nakonechni
Pa. Bar No. 318350
RUBIN, FORTUNATO & HARBISON P.C.
1200 Liberty Ridge Drive, Suite 220

1

>Wayne, PA 19087
>Tel: (610) 408-2025
>adelucia@rubinfortunato.com
>BLevine@rubinfortunato.com
>PNakonechni@rubinfortunato.com
>
>**ATTORNEYS FOR PLAINTIFF**
>**CALIBER HOME LOANS, INC.**
>
>and
>
>**BARNES & THORNBURG LLP**
>
>By: */s/   Timothy E. Hudson*
>Timothy E. Hudson
>State Bar No. 24046120
>Tim.Hudson@btlaw.com
>
>Jake Winslett
>State Bar No. 24115961
>Jake.Winslett@btlaw.com
>
>Jenna Johnson
>State Bar No. 24120928
>Jenna.johnson@btlaw.com
>
>2121 N. Pearl Street, Suite 700
>Dallas, TX 75201
>Telephone: 214-258-4200
>Facsimile: 214-258-4199
>
>*COUNSEL FOR DEFENDANT*
>*UNION HOME MORTGAGE CORP.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 13, 2023, a true and correct copy of the foregoing document has been served upon counsel for all parties to this proceeding by PACER/ECF system.

>*/s/   Timothy E. Hudson*
>Timothy E. Hudson