`IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CALIBER HOME LOANS, INC., | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:22-CV-02377 |
| v. | : : | JURY TRIAL DEMANDED |
| UNION HOME MORTGAGE CORP., | : : : | |
| Defendant. | : : | |

**JOINT MEDIATION REPORT**

Pursuant to this Court's January 13, 2023 Order, the Parties submit the following Joint Mediation Report.

The parties mediated on June 6, 2023 and reached a resolution in principle. The parties are working on a formal written agreement. Upon final execution of the formal written agreement, the parties will submit the necessary paperwork to have the case dismissed in accordance with the terms of the agreement.

DATE: June 19, 2023

                                          Respectfully submitted,

                                          */s/ Peter Nakonechni*
                                          Andrew M. Delucia
                                          Pa. Bar No. 91203
                                          Benjamin S. Levine
                                          Pa. Bar No. 318350
                                          Peter M. Nakonechni
                                          Pa. Bar No. 319495
                                          RUBIN, FORTUNATO & HARBISON P.C.
                                          1200 Liberty Ridge Drive, Suite 220
                                          Wayne, PA 19087

Tel: (610) 408-2025
adelucia@rubinfortunato.com
BLevine@rubinfortunato.com
PNakonechni@rubinfortunato.com

Jason R. Elliott
Texas Bar No. 24050558
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201-3347
JElliott@perkinscoie.com
docketdal@perkinscoie.com
Tel: (214) 965-7723

Andrew M. Delucia
Pa. Bar No. 91203
Benjamin S. Levine
Pa. Bar No. 318350
Peter M. Nakonechni
Pa. Bar No. 319495
RUBIN, FORTUNATO & HARBISON P.C.
1200 Liberty Ridge Drive, Suite 220
Wayne, PA 19087
Tel: (610) 408-2025
adelucia@rubinfortunato.com
BLevine@rubinfortunato.com
PNakonechni@rubinfortunato.com

**ATTORNEYS FOR PLAINTIFF CALIBER HOME LOANS, INC.**

and

**BARNES & THORNBURG LLP**

By: */s/   Timothy E. Hudson*
Timothy E. Hudson
State Bar No. 24046120
Tim.Hudson@btlaw.com

Jake Winslett
State Bar No. 24115961
Jake.Winslett@btlaw.com

Jenna Johnson
State Bar No. 24120928
Jenna.johnson@btlaw.com

2

        2121 N. Pearl Street, Suite 700
        Dallas, TX 75201
        Telephone: 214-258-4200
        Facsimile: 214-258-4199

*COUNSEL FOR DEFENDANT*
*UNION HOME MORTGAGE CORP.*